IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00139

JOHN AND CARRIEANN MCDONOUGH,

       Petitioners,

   v.

UNITED STATES OF AMERICA,

       Respondent.

---

ORDER DISMISSING PETITION TO QUASH SUMMONS ISSUED TO CREDIT UNION OF THE ROCKIES

---

      Upon consideration of the stipulation between the parties, IT IS HEREBY ORDERED THAT the Petitioners' claims against the United States are dismissed with prejudice.

   DATED this 18th day of April, 2013.

                          BY THE COURT:

                          _____
                          R. Brooke Jackson
                          United States District Judge